**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MALCOLM M. WALKER, et al., | Case Number 1:14-CV-1822 LJO SMS |
| Plaintiffs, | **ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

On August 26, 2016, the parties stipulated to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs. Pursuant to these terms, it is therefore

ORDERED that this matter is DISMISSED with prejudice. Parties shall bear their own costs.

The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **August 29, 2016**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

-1-